FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| ALDRIN JESUS TREJO,<br>　　　Petitioner,<br>　　v.<br>DERRAL G. ADAMS, Warden,<br>　　　Respondent. | Case No.  SACV 07-1256-DSF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation, with the following changes:

　　Page 5, line 27: "2007" should be "2006";

　　Page 6, line 23: insert a comma between "rulings" and "which";

　　Page 13, line 6: "63" should be "62";

　　Page 16, line 25: insert ellipsis marks between "contrary" and "an";

　　page 17 n.10: "546 U.S. at 74" should be "546 U.S. at 76."

　　The Court orders that judgment be entered denying the petition with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: 7-22-08

Dale S. Fischer
United States District Judge